**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 10, 2015

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Jones v. Community Health Systems, Inc., et al.
      Civil Action No.   1:15-cv-00201-TFM

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now    1:15-cv-00201-MHT.

This new case number should be used on all future correspondence and pleadings in this action.